1  Alan B. Leibowitz
   **SIMONSON HESS & LEIBOWITZ, PC**
2  15 Maiden Lane
   New York, NY 10038
3  Tel: (212) 233-5000
   Fax: (212) 233-6257
4  abl@shlpc.com

5
   Attorneys for Plaintiffs
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CRAIG L. ANDRESEN;                        )  Docket No.: 3:06-5924 (CRB)
                                             )
12 ROBERT BURCH;                             )
                                             )  **STIPULATION AND [PROPOSED]**
13 MYRA ROSENBERG, Administrator of the Estate )  **ORDER FOR DISMISSAL WITH**
   of MURRAY ROSENBERG, Deceased;            )  **PREJUDICE APPLICABLE TO THE**
14                                           )  **BEXTRA CLAIM OF CRAIG L.**
                                             )  **ANDRESEN**
15              Plaintiffs,                  )
                                             )
16       vs.                                 )
                                             )
17                                           )
   PFIZER, INC., PHARMACIA CORPORATION       )
18 and G.D. SEARLE, LLC,                     )
                                             )
19              Defendants.                  )
                                             )
20                                           )
21                                           )
22                                           )

DWP Anderson Craig    - 1 -    STIPULATION AND [PROPOSED] ORDER FOR
                               DISMISSAL WITH PREJUDICE APPLICABLE TO
                               BEXTRA CLAIM OF CRAIG ANDERSON

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the action of CRAIG L. ANDRESEN, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 11/26/07        By: _____
                            Alan Leibowitz
                            Attorney for All Plaintiffs

DATED: 2/22/2010       By: _____
                            Attorney for Defendants PFIZER, INC.,
                            PHARMACIA CORPORATION and G.D.
                            SEARLE, LLC

**[PROPOSED] ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the action of CRAIG L. ANDRESEN, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court