Alan B. Leibowitz
**SIMONSON HESS & LEIBOWITZ, PC**
15 Maiden Lane
New York, NY 10038
Tel: (212) 233-5000
Fax: (212) 233-6257
abl@shlpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG L. ANDRESEN;<br><br>ROBERT BURCH;<br><br>MYRA ROSENBERG, Administrator of the Estate of MURRAY ROSENBERG, Deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC,<br><br>Defendants. | Docket No.: 3:06-5924 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO THE BEXTRA CLAIM OF ROBERT BURCH** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the action of ROBERT BURCH, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12/2/09  By: _____
Alan Leibowitz
Attorney for All Plaintiffs

DATED: 2/22/2010  By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the action of ROBERT BURCH, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court

DWP Burch — - 3 - — STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF ROBERT BURCH