1  Alan B. Leibowitz
   **SIMONSON HESS & LEIBOWITZ, PC**
2  15 Maiden Lane
   New York, NY 10038
3  Tel: (212) 233-5000
   Fax: (212) 233-6257
4  abl@shlpc.com

5
   Attorneys for Plaintiffs
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CRAIG L. ANDRESEN;                    ) Docket No.: 3:06-5924 (CRB)
                                         )
12 ROBERT BURCH;                         )
                                         ) **STIPULATION AND [PROPOSED]**
13 MYRA ROSENBERG, Administrator of the Estate ) **ORDER FOR DISMISSAL WITH**
   of MURRAY ROSENBERG, Deceased;        ) **PREJUDICE APPLICABLE TO THE**
14                                       ) **BEXTRA CLAIM OF MYRA**
                                         ) **ROSENBERG**
15              Plaintiffs,              )
                                         )
16      vs.                              )
                                         )
17                                       )
   PFIZER, INC., PHARMACIA CORPORATION   )
18 and G.D. SEARLE, LLC,                 )
                                         )
19              Defendants.              )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )

---

DWP Rosenberg    - 1 -    STIPULATION AND [PROPOSED] ORDER FOR
                          DISMISSAL WITH PREJUDICE APPLICABLE TO
                          BEXTRA CLAIM OF MYRA ROSENBERG

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the action of MYRA ROSENBERG, Administrator of the Estate of MURRAY ROSENBERG, Deceased, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 1/25/07          By: /s/ Alan Leibowitz
                             Alan Leibowitz
                             Attorney for All Plaintiffs

DATED: 2/22/2010        By: _____
                             Attorney for Defendants PFIZER, INC.,
                             PHARMACIA CORPORATION and G.D.
                             SEARLE, LLC

1
2                              [~~PROPOSED~~] ORDER
3        Good cause appearing therefore, IT IS HEREBY ORDERED that the action of MYRA
4  ROSENBERG, Administrator of the Estate of MURRAY ROSENBERG, Deceased, and Defendants
5  PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its
6  entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs
7  within the entire action.
8
9  DATED:        APR - 5 2010
                                              _____
10                                             The Honorable Charles Breyer
                                              Judge of the United States District Court

DWP Rosenberg                    - 3 -    STIPULATION AND [PROPOSED] ORDER FOR
                                          DISMISSAL WITH PREJUDICE APPLICABLE TO
                                          BEXTRA CLAIM OF MYRA ROSENBERG